UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:  Case No.  22 M 812

The apartment located at 5100 N. Marine Drive, Unit 14F, Chicago, Illinois, further described in Attachment A

## SEARCH AND SEIZURE WARRANT

To: Thomas McKeown and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before October 31, 2022 at any time of day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: October 17, 2022 at 11:28 p.m.

_Judge's signature_

City and State: Chicago, Illinois

JEFFREY I. CUMMINGS, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

# Certification

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                        *Executing officer's signature*

                                                        *Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

The premise to be searched is an apartment located at 5100 North Marine Drive Apartment 14F, Chicago, Illinois (the "**Subject Premises**"), as depicted below. The **Subject Premises** is located within the multi-unit residential building located at 5100 North Marine Drive Chicago, Illinois. The **Subject Premises** has a brown door with a silver door handle a lock. The door has a small sign that has "14F" in black letters.



## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities, and contraband concerning violation of Title 21, United States Code, Sections 841 and 846 (the "**Subject Offenses**"), as follows:

1. Controlled substances.

2. Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, and heat-sealing devices.

3. Paraphernalia for packaging cash drug proceeds including heat sealing devices, plastic packaging for cash, rubber bands, and money counting devices.

4. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to distribution of controlled substances.

5. Books, records, receipts, notes, ledgers, airline tickets, money orders, wire transfer or money remittance records, and other records related to the receipt, expenditure and concealment or other disposition of income.

6. Cash, currency, financial instruments, and records relating to controlled substances income and expenditures of proceeds of drug transactions, and evidence of financial transactions relating to obtaining, transferring, secreting, or spending of large sums of money made from engaging, in drug trafficking activities.

7. Photographs of individuals associated with the distribution of drugs, and of their property and their drugs.

8. Records reflecting names, nicknames, addresses, and telephone numbers of both current and past drug associates.

9. Safes, keys for safety deposit boxes, hidden compartments and other secure locations, which often contain the proceeds of narcotics trafficking activity, including, but not limited to, large amounts of United States currency.

10. Canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents and keys.

11. Documents concerning occupancy or ownership of the **Subject Premises**, such as utility and telephone bills, mail envelopes, leases, or addressed correspondence.

12. Documents that demonstrate the use, ownership, or control of cellular telephones or digital devices located at the **Subject Premises**, including billing statements, sales receipts, bills for internet access, and handwritten notes.